1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10
   ANDRE SANCHEZ            )   Case No.  11-2993 GGH
11 xxx-xx-7630              )
                            )
12                          )
                            )   STIPULATION AND
13                          )   ORDER EXTENDING PLAINTIFF'S
              Plaintiff,    )   TIME TO FILE SUMMARY
14                          )   JUDGEMENT MOTION
   v.                       )
15                          )
   MICHAEL J. ASTRUE        )
16 Commissioner of Social Security )
   of the United States of America, )
17                          )
              Defendant.    )
18                          )
                            )
19

20     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 plaintiff's time to file her summary judgment is hereby extended from June 4, 2012, to June 28, 2012

22 and that defendant's brief is due July 28, 2012.  This is plaintiff's first extension and is required due

23 to the need to spread-out the briefing of the five other briefs due within the same five day time period

24 as plaintiff's brief.

25 / / / /
26 / / / /
27 / / / /
   / / / /
28

                                        1

| | | |
|---|---|---|
| 1 | Dated: May 24, 2012 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |

Dated: May 24, 2012                Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Armand Roth*
ARMAND ROTH

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 30, 2012

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2