BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SANCHEZ<br>xxx-xx-7630<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No.  11-2993 GGH<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

  IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the plaintiff's time to file her summary judgment is hereby extended from June 4, 2012, to June 28, 2012 and that defendant's brief is due July 28, 2012.  This is plaintiff's first extension and is required due to the need to spread-out the briefing of the five other briefs due within the same five day time period as plaintiff's brief.

/ / / /
/ / / /
/ / / /
/ / / /

1

| | | |
|---|---|---|
| Dated: May 24, 2012 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: May 24, 2012                Benjamin B. Wagner

United States Attorney

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Armand Roth*
ARMAND ROTH

Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 30, 2012

　　　　　　　　　　　　　　  /s/ Gregory G. Hollows
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2