1

2

3

4

5

6

7

8

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

13   Andre Sanchez,                    )    Case No. 11-cv-2993-GGH
                                        )
14                      Plaintiff,      )    ORDER GRANTING DEFENDANT'S
                                        )
15        v.                            )    MOTION FOR LEAVE TO FILE LATE
                                        )
16   Social Security Administration,    )    BRIEF
                                        )
17                      Defendant.      )
     _____)
18

19        Defendant's motion for summary judgment was due July 28, 2012.  (Dkt. No. 15.)  In light of

20   defendant's counsel's illness and for good cause shown, defendant's motion for leave to file his brief

21   late is hereby GRANTED.  The court notes that defendant's motion for summary judgment was

22   actually filed on July 31, 2012.

23        IT IS SO ORDERED.

24   DATED: August 1, 2012

25

26                            /s/ Gregory G. Hollows

27                      UNITED STATES MAGISTRATE JUDGE

28